UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 15-9975 MRW | Date | February 6, 2017 |
| Title | Breyman v. Canon Solutions America | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**     ORDER DISMISSING ACTION WITH PREJUDICE

    1.    Plaintiff filed a court form (CV-09) indicating that this action is now settled. (Docket # 39.) The form requests a dismissal under Federal Rule of Civil Procedure 41(a). According to the CM/ECF filing data, the request is that the dismissal be with prejudice.

    2.    Rule 41(a) allows a plaintiff to voluntarily dismiss an action without court involvement before the defense has answered the complaint. However, after that, an order of the court (or a stipulation signed by all parties) is required to dismiss an action. Fed. R. Civ. P. 41(a)(1)(A)(i-ii).

    3.    Based on the status of this action, a court order is required. Rather than have the parties incur the cost of re-submitting the request, the Court <u>sua sponte</u> construes Plaintiff's filing as an unopposed motion to dismiss the action with prejudice. And that motion is GRANTED. The action is hereby dismissed. The Clerk is directed to close the action.